William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone:  (213) 955-9240
Facsimile:   (213) 955-9250

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA KOROLSHTEYN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | CASE NO.: 3:14-CV-05447-LB<br><br>Hon. Laurel Beeler<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(a)** |

1     Plaintiff Tatiana Korolshteyn ("Plaintiff") and Defendant Costco Wholesale Corporation
2 ("Defendant"), by and through their respective counsel, hereby stipulate as follows:
3     A.    As set forth in the Notice filed by Defendant on January 26, 2015, on January 9,
4 2015, Defendant filed a Notice of Related Action in connection with a pending motion to
5 transfer and consolidate with the Judicial Panel on Multidistrict Litigation ("Panel"), MDL
6 2608.  The MDL motion seeks to transfer and consolidate this and other related Gingko Biloba
7 class actions in the United States District Court for the Southern District of California.
8     B.    As set forth in that same Notice, Plaintiff joined in Defendant's MDL motion
9 seeking transfer and consolidation.
10    C.    The Panel heard oral argument on the MDL Motion on March 26, 2015 in San
11 Diego, California.
12    D.    In light of the agreement by all the parties that the various pending matters
13 should be heard by the same judge in the United States District Court for the Southern District
14 of California, the Panel ordered the parties to simply proceed via stipulation to transfer pursuant
15 to 28 U.S.C. § 1404.
16 //
17 //

JOINT STIPULATION AND [PROPOSED] ORDER
2

135355.1

NOW, THEREFORE, PLAINTIFF AND DEFENDANT STIPULATE THAT:

This case be transferred to Judge Cathy Ann Bencivengo of the United States District Court for the Southern District of California.

| Dated: March 27, 2015 | BONNETT FAIRBOURN FRIEDMAN & BALINT PC |
|---|---|
| | By: */s/ Patricia N. Syverson* |
| | Patricia N. Syverson |
| | Attorneys for Plaintiff |
| | TATIANA KOROLSHTEYN |
| Dated: March 27, 2015 | WILLENKEN WILSON LOH & DELGADO LLP |
| | By: */s/ William A. Delgado* |
| | William A. Delgado |
| | Attorneys for Defendant |
| | COSTCO WHOLESALE CORPORATION |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 31, 2015

Hon. Laurel Beeler
United States District Court Judge